IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GREGORY GRIFFIN and JENNIFER GRIFFIN, <br><br> Plaintiffs, <br><br> vs. <br><br> CASCADE COUNTY, CHRISTOPHER HALE, LANDON KOTESKY, and DOES 1-10, <br><br> Defendants. | CV 19–45–GF–DWM <br><br><br> ORDER |

Defendant Cascade County having moved unopposed to dismiss Defendant Cascade County Sheriff's Department on the basis that it is not a separate legal entity,

IT IS ORDERED that the County's unopposed motion (Doc. 3) is GRANTED. Defendant Cascade County Sheriff's Department is DISMISSED from this action. The case caption is amended as reflected above.

DATED this 9L day of September, 2019.

Donald W. Molloy, District Judge
United States District Court