Jean E. Faure
Katie R. Ranta
Faure Holden Attorneys at Law, P.C.
P.O. Box 2466
Great Falls, MT 59403
Phone: 406-452-6500
jfaure@faureholden.com
kranta@faureholden.com
*Attorneys for Defendant Landon Koteskey*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| GREGORY GRIFFIN and JENNIFER GRIFFIN,<br><br>Plaintiffs,<br><br>v.<br><br>CASCADE COUNTY, CHRISTOPHER HALE, LANDON KOTESKEY, and DOES 1-10,<br><br>Defendants. | CV-19-45-GF-DWM<br><br>**NOTICE OF SETTLEMENT AND RESOLUTION OF ALL CLAIMS** |
|---|---|

Defendant Lieutenant Landon Koteskey, by and through his counsel of record, Faure Holden Attorneys at Law, P.C., with the knowledge and consent of all parties, gives notice that the parties have resolved this matter through a negotiated settlement. The parties expect to finalize settlement with a full release

1

and dismissal of this action in no less than thirty (30) days but provides the Court with the courtesy of this Notice so that it may release the trial date.

DATED this 2nd day of July 2020.

FAURE HOLDEN ATTORNEYS AT LAW, P.C.

*/s/ Jean E. Faure*
Jean E. Faure

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was duly served upon the following by the means designated below on the 2nd day of July 2020.

| | |
|---|---|
| Christopher C. Young<br>Young Law Office, PLLC<br>P.O. Box 10247<br>Bozeman, MT 59719<br>cyoung@younglawofficepllc.com<br>*Attorney for Plaintiffs* | ■ CM/ECF<br>☐ U. S. Mail<br>☐ Federal Express<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ E-mail |
| Maureen H. Lennon<br>MACo Defense Services<br>2717 Skyway Drive, Suite F<br>Helena, MT 59602<br>mlennon@mtcounties.org<br>*Attorney for Defendant Cascade County* | ■ CM/ECF<br>☐ U. S. Mail<br>☐ Federal Express<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ E-mail |
| Amy D. Christensen<br>Christensen & Prezeau, PLLP<br>314 North Last Chance Gulch, Suite 300<br>Helena, MT 59601<br>amy@cplawmt.com<br>*Attorney for Defendant Christopher Hale* | ■ CM/ECF<br>☐ U. S. Mail<br>☐ Federal Express<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ E-mail |

*/s/ Jean E. Faure*
Jean E. Faure

3