IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GREGORY GRIFFIN and JENNIFER GRIFFIN,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CASCADE COUNTY, CHRISTOPHER HALE, LANDON KOTESKEY, and DOES 1-10,<br><br>　　　　Defendants. | CV 19–45–GF–DWM<br><br><br>ORDER |

　　The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

　　IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

　　DATED this __31st__ day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　13:40 PM
　　　　　　　　　　　　　　　Donald W. Molloy, District Judge
　　　　　　　　　　　　　　　United States District Court